LAW OFFICE OF
DIANE FISCHER
195 Plymouth St., Ste. 307
Brooklyn, New York 11201
646.872.3505 | diane@dianefischerlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2026

**MEMORANDUM ENDORSED**

July 28, 2026

BY ECF
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Ndiaye v. Genalo, et al.*, 26-civ-6053 (GHW)

Dear Judge Woods:

We are pro bono counsel to Petitioner in this matter. We write, with the Government's consent, to update the Court pursuant to its July 22, 2026, Order. (ECF No. 10). The parties are engaged in discussions toward a potential resolution of this matter. However, because Petitioner is presently detained at the Delaney Hall Detention Facility, which requires attorney-client consultations to be scheduled in advance and has limited availability for such consultations, undersigned counsel has not yet been able to update Petitioner regarding the matter. In light of the foregoing, the parties respectfully request until the end of this week — July 31, 2026 — to submit a proposed briefing schedule, should one remain necessary.

Thank you for your consideration of this matter.

Respectfully submitted,

s/ *Diane Fischer*

Diane Fischer
Kyle Barron

*Attorneys for Petitioner*

Application granted. The deadline for the parties to submit the joint letter described in the Court's July 22, 2026 order, Dkt. No. 10, is extended to August 7, 2026.

SO ORDERED.

Dated: July 29, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

cc: All Counsel of Record (By ECF)