UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
MATAR NDIAYE,                                           :
:
Petitioner,     :                    1:26-cv-6053-GHW
:
-v-                       :                    ORDER
:
KENNETH GENALO, *et al.*,                  :
:
Respondents.  :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court, having reviewed the parties' proposed briefing schedule, Dkt. No. 14, sets the following briefing schedule. To the extent that Petitioner wishes to enhance his petition in response to the July 21, 2026 letter by the United States, he must do so by filing an amended petition. Any such amended petition, together with any supporting affidavits and exhibits, must be filed no later than August 15, 2026. Respondents' opposition to the amended petition shall be filed no later than August 22, 2026. Respondents must include in their opposition all arguments and factual support that they wish the Court to consider. Respondents may not incorporate by reference in their opposition any argument or factual assertion presented in their July 21, 2026 letter, which will not be considered by the Court when ruling on the petition. Petitioner's reply, if any, is due no later than seven days after the date of service of Respondents' opposition. No sur-reply will be permitted absent leave of Court.

SO ORDERED.

Dated: August 11, 2026

_____
GREGORY H. WOODS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2026