**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

MATAR NDIAYE,

Petitioner,

26 **CIVIL** 6053 (GHW)

-against-

**JUDGMENT**

KENNETH GENALO, New York Field Office Director for U.S. Immigration and Customs Enforcement, et al.,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 23, 2026, judgment is entered for Petitioner; accordingly, the case is closed.

**DATED:** New York, New York
August 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**